STATE, Respondent, v. HAHN, Appellant.

*No. State 85. Submitted May 3, 1973.—Decided June 5, 1973.*
(Also reported in 207 N. W. 2d 671.)

For the appellant the cause was submitted on the brief of *Niebler & Niebler,* attorneys, and *George N. Kotsonis* of counsel, all of Menomonee Falls.

For the respondent the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *James V. Montgomery,* assistant attorney general.

PER CURIAM. The single issue presented on this appeal is whether there was sufficient credible evidence presented to sustain the defendant's conviction for three

motor vehicle code violations. After a review of the record, we agree, the evidence was sufficient. Furthermore, we conclude a new trial in the interests of justice should not be ordered in this case.

The judgment is affirmed.